■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN KING, Appellant.—Appeal by the defendant from a judgment of the County Court, Orange County (Pano Patsalos, J.), rendered August 7, 1990, convicting him of burglary in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Mangano, P. J., Sullivan, Harwood and Miller, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEN McRAE, Appellant.—Application by the defendant pro se for a writ of error coram nobis to vacate a decision and order of this court, dated November 9, 1987, which determined an appeal from a judgment of the Supreme Court, Kings County (Tomei, J.), rendered August 16, 1983 (see, People v McRae, 134 AD2d 374), on the ground of ineffective assistance of appellate counsel.

Upon the papers filed in support of the application and the papers filed in opposition thereto, it is

Ordered that the application is denied.

The defendant has failed to establish that he was denied the effective assistance of appellate counsel. Contrary to the defendant's specific contention, his appellate counsel did not disparage any of the claims that the defendant wished to raise on his appeal (cf., People v Vasquez, 70 NY2d 1). Further, the defendant has not identified any argument which counsel could have but unreasonably failed to raise on the direct appeal (see, Jones v Barnes, 463 US 745). Mangano, P. J., Thompson, Kunzeman and Lawrence, JJ., concur.